The relief described hereinbelow is SO ORDERED

Done this 8th day of February, 2016.



*Dwight H. Williams, Jr.*
*Dwight H. Williams, Jr.*
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: ) | |
| ) | Case No. 15-33164 |
| Andre Milton and ) | |
| Guranita Milton, ) | Chapter 13 |
| ) | |
| Debtors. ) | |

### AGREED ORDER

    This matter coming before the Court upon the request of the Debtors and creditor Montgomery Metro Realty, and this Court being informed of the agreement of the parties hereto, it is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

1. Debtors shall move from the residence commonly known as 4308 Sunnybrook Drive, Montgomery, AL 36108 within 30 days from the entry of this Order.
2. Creditor Montgomery Metro Realty shall be entitled to file a general unsecured claim for all past due rent owed to the creditor.

###END OF ORDER###

This document was prepared by:
Joshua C. Milam
The Shinbaum Law Firm
566 S Perry St.
Montgomery, AL 36104
T: 334-269-4440

This order was approved by Debtors' attorney, Montgomery Metro Realty's attorney and Curtis C. Reding, Trustee.